UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

                           Petitioner,

             -against-

UNITED STATES OF AMERICA,

                        Respondent.

25-CV-6365 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In a November 6, 2023 order in *Jones v. McCormack*, No. 23-CV-8296 (LTS) (S.D.N.Y. Nov. 7, 2023), the Court barred Petitioner "from filing future *habeas corpus* petitions challenging his ongoing criminal proceedings, arising from a September 14, 2021 arrest, [in forma pauperis ("IFP")] in this court without first obtaining from the court leave to file." No. 23-CV-8296, 13, at 1-2.

Petitioner files this action using the court's form for a motion under 28 U.S.C. § 2255 and names the United States as the respondent. A review of the petition shows that, notwithstanding Petitioner's labeling the submission as a motion under Section 2255, the submission is actually a petition for a writ of *habeas corpus* under Section 2241 challenging the ongoing criminal proceedings arising from his September 14, 2021 arrest. Petitioner did not seek leave from the court to file this new challenge.

Because Petitioner failed to comply with the November 6, 2023 order in *Jones*, No. 23-CV-8296 (LTS), by seeking leave to bring this new challenge to his ongoing criminal proceedings in Bronx County Supreme Court, the Court dismisses this action without prejudice.

A certificate of appealability will not issue because the petition makes no substantial showing of a denial of a constitutional right. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   March 10, 2026
        New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2