UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

                         Petitioner,

        -against-

UNITED STATES OF AMERICA.,

                     Respondent.

25 CIVIL 06365 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the March 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) .

SO ORDERED.

Dated:   March 12, 2026

       New York, New York

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
               Chief United States District Judge